**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

William Carter
                                Plaintiff,

v.                                                 Case No.: 1:17–cv–07241
                                                        Honorable Nancy L. Maldonado

City of Chicago, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 5, 2024:

       MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed the parties' joint status report. The Court adopts Plaintiff's proposed expert discovery schedule, and the parties' agreed dispositive motion schedule, as follows: Plaintiff's expert disclosures due 7/19/2024; Plaintiff's experts to be deposed by 8/16/2024; Defendants' expert disclosures due 9/13/2024; Defendants' experts to be deposed by 10/11/2024; any rebuttal expert disclosures due by 10/25/2024; summary judgment and Daubert motions due by 11/22/2024; responses on summary judgment and Daubert motions due 12/23/2024; replies on summary judgment and Daubert motions due 1/13/2025. The parties are directed to familiarize themselves with the undersigned's standing order on summary judgment practice, which includes a meet and confer requirement prior to the filing of dispositive motions. By 11/1/2024, the parties should file a joint status report confirming that expert discovery has been completed. A status hearing is set for 11/5/2024 at 10:00 a.m. in Courtroom 1925. As to the trial date, while Defendants indicate they likely will seek to move the trial date, the Court is not inclined to reset the trial at this point. If, as circumstances develop in this case and others, Defendants still seek to move the trial date, they may file an appropriate motion in advance of the 11/5/2024 hearing.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.