IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Carter, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>City of Chicago, Ronald Watts, Phillip Cline, )<br>Debra Kirby, Darryl Edwards, Alvin Jones, )<br>Kallatt Mohammed, John Rodriguez, Calvin )<br>Ridgell, Jr., Elsworth J. Smith, Jr., Gerome )<br>Summers, Jr., and Kenneth Young, Jr. )<br>)<br>Defendants. ) | Case No. 17 C 7241<br><br>Judge LaShonda A. Hunt |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, Plaintiff William Carter, and Defendants Philip Cline and Debra Kirby, by their respective attorneys of record, that the claims against Philip Cline and Debra Kirby in the above-captioned matter should be dismissed with prejudice, and with each party bearing their own costs and attorneys' fees.

The parties agree that these dismissals do not have any effect on the claims against any other Defendants.

December 6, 2024    Respectfully submitted,

Plaintiff, William Carter    Defendants, Philip Cline and Debra Kirby

By: s/ *Joel A. Flaxman*    By: s/ *Paul A. Michalik*

Joel A. Flaxman    Terrence M. Burns
Law Offices of Kenneth N. Flaxman P.C.    Daniel M. Noland
200 S Michigan Ave, Ste 201    Paul A. Michalik
Chicago, IL 60604    Burns Noland LLP
    311 S. Wacker Dr., Suite 5200
    Chicago, Illinois 60606

By: s/ *Eric S. Palles*

Eric S. Palles
Sean M. Sullivan
Mohan Groble Scolaro, P.C.
55 W. Monroe St., Suite 1600
Chicago, IL 60603

*Attorney for Defendant Kallatt Mohammed*

By: s/ *William E. Bazarek*

Andrew M. Hale
William E. Bazarek
Anthony Zecchin
Kelly M. Olivier
Hale & Monico LLC
53 W. Jackson Blvd., Suite 334
Chicago, IL 60604

*Attorney for Defendants Darryl Edwards, Alvin Jones, John Rodriguez, Elsworth J. Smith, Jr., Gerome Summers, Jr., and Kenneth Young, Jr.*

By: s/ *Brian P. Gainer*

Brian P. Gainer
Monica Gutowski
Lisa McElroy
Johnson & Bell
33 W. Monroe St., Suite 2700
Chicago, IL 60603

*Attorney for Defendant Ronald Watts*

By: s/ *Timothy P. Scahill*

Steven B. Borkan
Timothy P. Scahill
Drew Wycoff
Borkan & Scahill, Ltd.
20 South Clark St., Suite 1700
Chicago, Illinois 60603

*Attorney for Defendant Calvin Ridgell*

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 6, 2024**, I electronically filed the foregoing **Stipulation to Dismiss** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

*s/ Paul A. Michalik*