IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Carter, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17 C 7241 |
| ) | |
| City of Chicago, Ronald Watts, Darryl ) | Judge LaShonda A. Hunt |
| Edwards, Alvin Jones, Kallatt Mohammed, ) | |
| John Rodriguez, Calvin Ridgell, Jr., Elsworth ) | |
| J. Smith, Jr., Gerome Summers, Jr., and ) | |
| Kenneth Young, Jr. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

Kenneth N. Flaxman
Joel A. Flaxman
Attorneys for Plaintiff, William Carter
Kenneth N. Flaxman, P.C.
200 S. Michigan Ave., Suite 201
Chicago, IL 60604
(312) 427-3200
DATE: 4/14/2025

CITY OF CHICAGO a Municipal Corporation
Mary B. Richardson-Lowry
Corporation Counsel
BY:
Victoria R. Benson
Deputy Corporation Counsel
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
(312) 744-1015
DATE: 5/1/25

Terrence M. Burns

Daniel M. Noland
Paul A. Michalik
Attorneys for defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090
DATE: 4/30/25

_/s/_

Brian P. Gainer
Lisa M. McElroy
Attorneys for defendant, Ronald Watts
Special Assistant Corporation Counsel
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
DATE: 4/16/25

_____

Eric S. Palles
Sean M. Sullivan
Attorneys for defendant, Kallatt Mohammed
Special Assistant Corporation Counsel
Mohan Groble Scolaro, P.C.
55 W. Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
DATE:_____

_____

Andrew M. Hale
Anthony Zecchin
Kelly Olivier
Jason Marx
Attorneys for defendants, Alvin Jones, Darryl
Edwards, John Rodriguez, Elsworth Smith Jr.,
Gerome Summers Jr., and Kenneth Young, Jr.
Special Assistant Corporation Counsel
Hale & Monico, LLC
53 W. Jackson, Suite 337
Chicago, Illinois 60604
(312) 341-9646

Daniel M. Noland
Paul A. Michalik
Attorneys for defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090
DATE:_____


Brian P. Gainer
Lisa M. McElroy
Attorneys for defendant, Ronald Watts
Special Assistant Corporation Counsel
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
DATE:_____


*/s/ Eric S. Palles*
Eric S. Palles
Sean M. Sullivan
Attorneys for defendant, Kallatt Mohammed
Special Assistant Corporation Counsel
Mohan Groble Scolaro, P.C.
55 W. Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
DATE: 4-15-25


Andrew M. Hale
Anthony Zecchin
Kelly Olivier
Jason Marx
Attorneys for defendants, Alvin Jones, Darryl
Edwards, John Rodriguez, Elsworth Smith Jr.,
Gerome Summers Jr., and Kenneth Young, Jr.
Special Assistant Corporation Counsel
Hale & Monico, LLC
53 W. Jackson, Suite 337
Chicago, Illinois 60604
(312) 341-9646

Daniel M. Noland
Paul A. Michalik
Attorneys for defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090
DATE:_____


_____
Brian P. Gainer
Lisa M. McElroy
Attorneys for defendant, Ronald Watts
Special Assistant Corporation Counsel
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
DATE:_____


_____
Eric S. Palles
Sean M. Sullivan
Attorneys for defendant, Kallatt Mohammed
Special Assistant Corporation Counsel
Mohan Groble Scolaro, P.C.
55 W. Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
DATE:_____

_/s/_____
Andrew M. Hale
Anthony Zecchin
Kelly Olivier
Jason Marx
Attorneys for defendants, Alvin Jones, Darryl
Edwards, John Rodriguez, Elsworth Smith Jr.,
Gerome Summers Jr., and Kenneth Young, Jr.
Special Assistant Corporation Counsel
Hale & Monico, LLC
53 W. Jackson, Suite 337
Chicago, Illinois 60604
(312) 341-9646

Attorney No. 6279266
DATE: 4-11-25

_____

Steven B. Borkan
Timothy P. Scahill
Borkan & Scahill, Ltd.
Attorneys for defendant, Calvin Ridgell
Special Assistant Corporation Counsel
20 S. Clark St., Suite 1700
Chicago, IL 60302
(312) 580-1030
Attorney No. _____
DATE:_____

Attorney No. _____
DATE: _____

*[signature]*

Steven B. Borkan
Timothy P. Scahill
Borkan & Scahill, Ltd.
Attorneys for defendant, Calvin Ridgell
Special Assistant Corporation Counsel
20 S. Clark St., Suite 1700
Chicago, IL 60302
(312) 580-1030
Attorney No. 628 7296
DATE: 4/10/25